UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62000-CIV-ZLOCH/ROSENBAUM

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

TIMESHARE MEGA MEDIA AND
MARKETING GROUP, INC., a
Florida corporation, also d/b/a
Timeshare Market Pro, Inc., *et al.*,

        Defendants.
_____/

### ORDER

This matter comes before the Court upon Non-parties Federal Bureau of Investigation and FBI Special David M. Roberts's Motion to Quash Subpoena and for Protective Order [D.E. 98], upon referral by the Honorable William J. Zloch. *See* D.E. 101. The Court has reviewed the Non-parties' Motion and Defendants Lisa and Pasquale Pappalardo's Response [D.E. 99]. In their Response, Defendants suggest that the FBI and Agent Roberts have waived any privilege that they might have otherwise had by filing the Declaration of Agent Roberts ("Declaration") in this matter. *See* D.E. 99 at 3.

A review of the docket sheet reveals that the Declaration was, indeed, filed in support of the *Ex Parte* Motion for Temporary Restraining Order, *see* D.E. 11-1, and examination of the FTC's Memorandum in Support of Its *Ex Parte* Motion [D.E. 8] shows that the FTC relied upon the evidence contained in the Declaration in making its argument that a temporary restraining order was

warranted.  *See, e.g.*, D.E. 8 at 8 n.32, 10 n.38, n.39, n.43, 11 n.46, n.47, n.49.  Thereafter, the Court issued the requested *Ex Parte* Temporary Restraining Order.  *See* D.E. 13.

Based on this record, it is hereby **ORDERED AND ADJUDGED** that by **Friday, December 2, 2011,** Non-parties FBI and Special Agent Roberts shall file a brief with the Court explaining (1) why any regulations or privileges that might otherwise apply to shield Special Agent Roberts from deposition have not been waived, and (2) if the Court finds that any waiver has occurred, whether that waiver is limited in any way, and if so, how.

**DONE AND ORDERED** this 23rd day of November 2011.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. William J. Zloch
      Counsel of Record